IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CAROL McKENZIE and ROBERT GRAY | ) ) ) |
| Plaintiffs, | ) ) CIVIL NO: |
| -vs- | ) ) |
| MENARD, INC. | ) ) |
| Defendant. | ) |

## PETITION FOR REMOVAL

Come now the Defendant, Menard, Inc. ("Defendant"), by counsel, pursuant to Title 28, United States Code, Section 1446, and respectfully petitions the Court as follows:

1. On April 27, 2020, an action was commenced against the Defendant entitled *Carol McKenzie et al v. Menard, Inc.*, Cause No: 20D05-2004-CT-91 by the filing of a Complaint in the Delaware Circuit Court. Copies of the Complaint and Summons which were received by the Defendant on or about May 14, 2020 are attached hereto as Exhibits "A" and "B", respectively.

2. The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332(a) and is one which may be removed to this Court by the Defendant, the Petitioner herein, pursuant to the provisions of 28 U.S.C. §1441 in that jurisdiction of this action exists in this Court by

reason of diversity of citizenship. More specifically, the plaintiffs are residents and citizens of the State of Indiana and the Defendant, Menard, Inc. is a corporation incorporated in the State of Wisconsin and its principal place of business is located in the State of Wisconsin. In addition, the amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

3. The Defendant has filed a Notice of Filing Petition for Removal contemporaneously herewith in the Elkhart Superior Court.

WHEREFORE, Defendant, Menard, Inc., by counsel, prays that the action above now pending against it in the Elkhart Superior Court be removed therefrom to this Court forthwith, and for all other just and proper relief in the premises.

CARSON LLP

By    /s/Karl J. Veracco
Karl J. Veracco/#16891-53
Larry L. Barnard/#11904-49
Attorneys for Defendant

301 W. Jefferson Blvd., Suite 200
Fort Wayne, Indiana  46802
Telephone: (260) 423-9411

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2020, a copy of the foregoing *Petition for Removal* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richard LaSalvia, Esq.
Richard_lasalvia@sbcglobal.net

 s/Karl J. Veracco