20D05-2004-CT-000091
Elkhart Superior Court 5

Filed: 4/27/2020 1:11 PM
Clerk
Elkhart County, Indiana

| STATE OF INDIANA | ) | IN THE ELKHART SUPERIOR/CIRCUIT COURT |
|---|---|---|
| | ) SS: | |
| ELKHART COUNTY | ) | |

CAROL MCKENZIE )
ROBERT GRAY )
156 Marshall Blvd. )
Elkhart, IN 46516 )
    Plaintiffs, )
v. )
MENARD, INC. )
5101 Menard Drive )
Eau Claire, WI 54703 )
    Defendant. )

## COMPLAINT FOR DAMAGES WITH JURY DEMAND

Comes now Plaintiffs, by counsel, and by way of Complaint against Defendant, allege and say as follows:

1. Plaintiffs are residents of Elkhart County, Indiana.

2. Defendant, Menard, Inc., is a foreign corporation which is authorized to do business in Indiana.

3. Menard, Inc., d/b/a Menards, owns and operates a retail store open to the public located at 601 E. Windsor Avenue in Elkhart, Indiana.

2. On June 20, 2018, Plaintiff, Carol McKenzie was an invitee of Menards when she was hit by rolls of flooring material which were on a cart being pushed by a Menards' employee.

3. The Menards' employee was negligent, including but not limited to, failing to keep a look out for Plaintiff and provide for the safety of Plaintiff while operating the cart.

4. . In addition, Menards failed to supervise, train and manage its employees working in its store, including but not limited to, as to the propr handling and operation of the cart.

5. As a result of the negligence of Menards, Plaintiff suffered personal injuries and was


EXHIBIT A

required to incur medical expenses and to endure great pain and suffering and the injuries suffered by Plaintiff resulted in permanent impairment.

WHEREFORE, Plaintiffs prays for judgment against Defendant in an amount adequate to compensate them for their losses.

## COUNT II

6 Plaintiffs re-allege and incorporate Paragraph 1-5 of this complaint.

7. Plaintiff, Robert Gray, is the lawful spouse of Plaintiff, Carol McKenzie, and he has suffered the loss of the society and services of his spouse as a result of the negligence of Menards.

WHEREFORE, Plaintiffs prays for judgment against Defendant in an amount adequate to compensate them for their losses.

## JURY TRIAL DEMAND

Plaintiffs demand trial by jury on all issues to triable.

/s/ Richard J. LaSalvia
Richard J. LaSalvia   (9814-71)
105 E. Jefferson Blvd., Suite 220
South Bend, IN 46601
(574)232-1900
Attorney for Plaintiffs



# Notice of Service of Process

LYN / ALL
Transmittal Number: 21509944
Date Processed: 05/14/2020

| | |
|---|---|
| **Primary Contact:** | Amanda Ratliff<br>Menard, Inc.<br>5101 Menard Dr<br>Eau Claire, WI 54703-9604 |
| **Electronic copy provided to:** | Kacie Bertrand<br>Rosalie Wolff<br>Sawyer Boigenzahn |

| | |
|---|---|
| **Entity:** | Menard, Inc.<br>Entity ID Number  0033810 |
| **Entity Served:** | Menard , Inc. |
| **Title of Action:** | Carol McKenzie vs. Menard, Inc |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Elkhart County Superior Court, IN |
| **Case/Reference No:** | 20D05-2004-CT-000091 |
| **Jurisdiction Served:** | Indiana |
| **Date Served on CSC:** | 05/14/2020 |
| **Answer or Appearance Due:** | 23 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Richard J. LaSalvia<br>574-232-1900 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com



EXHIBIT B